No. 12–0057/AR.   U.S. v. Row E. Buhrow, III.   CCA 20100911.   Review granted on the following issue:

> WHETHER CHARGE III FAILED TO STATE AN OFFENSE WHERE THE GOVERNMENT DID NOT ALLEGE APPELLANT'S CONDUCT WAS TO THE PREJUDICE OF GOOD ORDER AND DISCIPLINE OR OF A NATURE TO BRING DISCREDIT UPON THE ARMED FORCES.

The decision of the United States Army Court of Criminal Appeals is vacated.   The record of trial is returned to the Judge Advocate General of the Army for remand to that court for consideration of the granted issue in light of *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011).

BAKER, Chief Judge (dissenting):   I dissent for the reasons stated in my dissenting opinion in *Fosler*.   United States v. Fosler, 70 M.J. 225, 240–47 (C.A.A.F. 2011).

No. 09–0079/AR.   U.S. v. James T. Murphy.   CCA 19872873.   Appellant's motion to exceed the page and word limits for the supplement to the petition for grant of review is denied.   Appellant will file a supplement to the petition for grant of review that complies with Rule 21(b) on or before November 15, 2011.   Appellant's pro se motion for relief is also denied.